*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





# MEMORANDUM OPINION

No. 04-12-00182-CR

Austin W. **ARANDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CR-2200W
Honorable Mary D. Roman, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice

Delivered and Filed:  July 11, 2012

DISMISSED

On June 27, 2012, appellant filed an unopposed motion to dismiss this appeal. The motion is **GRANTED**, and the appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).


PER CURIAM

DO NOT PUBLISH